IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLAN TRACY GILMORE,

    Plaintiff,

v.

JEFFREY BEARD; DR. JARATE;

    Defendants.
                                     /

No. C 13-4956 WHA (PR)

**ORDER OF DISMISSAL**

      On October 24, 2013, plaintiff, a prisoner of the State of California, filed a civil rights complaint. That day, the clerk notified plaintiff that he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, plaintiff was informed that the case would be dismissed if he did not pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and no response has been received. Accordingly, this case is **DISMISSED** without prejudice.

      The Clerk shall enter judgment and close the file.

      **IT IS SO ORDERED.**

Dated: December   2  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE